**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **O.M.N.M.,** | : | |
| **Petitioner,** | : | |
| **v.** | : | **Case No. 4:26-cv-1353-CDL-CHW** <br> **28 U.S.C. § 2241** |
| **WARDEN, STEWART DETENTION CENTER,** ***et al.*****,** | : | |
| **Respondents.** | : | |

**ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on October 28, 2026, (Doc. 1) accompanied by Petitioner's motion to proceed *in forma pauperis* ("IFP"). (Doc. 2). Petitioner's motion demonstrates that he cannot pay the $5.00 filing fee. Thus, the Court **GRANTS** the motion to proceed IFP. (Doc. 2).

Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 29th day of October, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge